**UNITED STATES COURT OF APPEALS FOR THE ELEVENTH CIRCUIT**

**Application for Extension of Time to File Transcript
and for Waiver of Fee Reduction**

*(Please type or print. Application must be completed in full.)*

Short case style: _____

USCA No: _____  DC No.: _____

Date extension requested to: _____

Reasons for extension request: _____
_____

Date transcript order received: _____

Date satisfactory arrangements for paying cost of transcript made: _____

Pages in this appeal: 1) Transcribed _____    2) Not transcribed _____

For all <u>other</u> transcripts due, list:

| Docket No. | Date Ordered | Date Due | No. Pages Completed | No. Pages to be Completed |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Estimated percentage of time in court during past 30 days: _____  Next 30 days: _____

Number of extensions requested in past 12 months: _____

If this extension is granted, do you agree to employ a substitute reporter to assist you in completing this transcript by the new due date? If not, please explain why: _____
_____

*I certify by my signature that I have sent a copy of this request to the district judge who tried this case; to the Chief District Judge of this district; to the district court clerk; and to all counsel (or pro se parties) of record (11th Cir. R. 11-1).*

Court Reporter Signature: _____  Date: _____

Court Reporter Name (Print): _____  Phone Number: _____

Extension:  GRANTED   DENIED        Fee Reduction:    WAIVED       NOT WAIVED

Transcript Due Date: _____    10% Discount Provision in effect on: _____
                                        20% Discount Provision in effect on: _____

David J. Smith, Clerk of Court

By: _____  Date: _____

Rev. 8/22