# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

August 28, 2025

Patricia W Sanders
Courtroom Services
400 N MIAMI AVE
4140 SW 153rd Avenue
RM #11-3
MIAMI, FL 33128

Appeal Number: 24-13063-J
Case Style: USA v. Andrew Fahie
District Court Docket No: 1:22-cr-20191-KMW-1

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

The following action has been taken in the referenced case:

An extension of time has been granted to and including 09/30/2025

Clerk's Office Phone Numbers
General Information:     404-335-6100      Attorney Admissions:        404-335-6122
Case Administration:     404-335-6135      Capital Cases:              404-335-6200
CM/ECF Help Desk:        404-335-6125      Cases Set for Oral Argument: 404-335-6141

EXT-1 Extension of time