UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-13063-JJ
_____

UNITED STATES OF AMERICA,
APPELLEE,

v.

ANDREW A. FAHIE,
APPELLANT.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
HON. KATHLEEN M. WILLIAMS, U.S. DISTRICT JUDGE
_____

APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR
INITIAL BRIEF AND APPENDIX
_____

> BENEDICT P. KUEHNE
> KUEHNE DAVIS LAW, P.A.
> 100 S.E. 2 ST., SUITE 3650
> MIAMI, FL 33131-2154
> TEL: 305.789.5989
> FAX: 305.789.5987
> EFILING@KUEHNELAW.COM
> COUNSEL FOR APPELLANT

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, appellant certifies the following persons and entities may have an interest in this case.

Becerra, Jacqueline, (former) U.S. Magistrate Judge

Butland, Shane

Charest-Turken, Gabrielle R.

Colan, Jonathan D.

Damian, Melissa, U.S. Magistrate Judge

Delgado, Joyce A.

Della Fera, Richard F.

Dopico, Hector A.

Fahie, Andrew A.

Federal Public Defender's Office

Galvez, Stephanie

Genovese Joblove & Battista, P.A.

Gerarde, Kevin

Gonzalez, Juan A.

C**1** of **3**

Goodman, Jonathan, U.S. Magistrate Judge (Retired)

Houlihan III, Raymond D'Arsey

Kirkpatrick, Lynn

Kuehne, Benedict P.

Kuehne Davis Law, P.A.

Lapointe, Markenzy

Louis, Lauren F., U.S. Magistrate Judge

Matzkin, Daniel

Maynard, Kadeem S.

Maynard, Oleanvine P.

McAliley, Chris M., U.S. Magistrate Judge (Retired)

McLaughlin, Sean T.

Otazo-Reyes, Alicia M., U.S. Magistrate Judge (Retired)

Peralta, Lucrecia

Richard F. Della Fera, P.A.

Rodriguez, Jose R.

Shadley, Frederic

Van Vliet, Theresa M. B.

Venable LLP

Williams, Kathleen M., U.S. District Judge

To appellee's knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

# UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THIRTY (30) DAYS TO FILE INITIAL BRIEF AND APPENDIX

Appellant Andrew A. Fahie requests a 30-day extension of time for filing the Initial Brief until January 16, 2026, and the Appendix until January 23, 2026. This motion is unopposed.

1. The Initial Brief deadline is currently December 17, 2025, the result of an unopposed 30-day Clerk's extension of time.

2. A thirty (30) day extension is requested until January 16, 2026, for the Initial Brief and January 23, 2026, for the Appendix. This requested extension is due to a number of unexpected personal events occurring recently that have required counsel to divert attention to family matters. Counsel's 103-year-old father-in-law passed away unexpectedly (he was quite healthy) during the Thanksgiving Holiday period, requiring undersigned counsel to devote substantial time and attention to assisting with his funeral arrangements and pressing family matters. Also, during the Thanksgiving Holiday, counsel's longtime family friend and law school classmate died after a prolonged illness. Counsel has been assisting with family matters and the funeral service scheduled for December 2, 2025. These unscheduled personal events

1

resulted in a backlog of pending trial preparation and appellate matters necessitating this requested extension.

  3. Counsel's docket is quite full. Counsel has been assisting with an expedited election contest and appeal requiring accelerated hearings and briefings in *Milanes v. Carollo*, Case No. 3D2025-2233. Counsel is completing an extensive, time-consuming response to summary judgment proceedings in the civil rights case of *Starks v. City of Opa-Locka*, Circuit Case No. 2023-022763-CA-01 (Miami-Dade County), following which counsel is preparing for filing an initial brief in *Mars Capital Group v. Urban Homes 7, LLC*, Case No. 3D2025-1080, due December 12, 2025. Counsel is preparing for oral argument with counsel's law partner in *Castro-Reyes v. Bosque*, Eleventh Circuit Case No. 24-12307-X, a qualified immunity appeal to be heard on December 9, 2025. Counsel is preparing an initial brief to the Second District Court of Appeal in *Smith v. State*, Case No. 2025-0969, due December 10, 2025, and a reply brief to that same court in *Griffin v. State*, Case No. 2D2024-1605, due December 17, 2025. Other significant appellate and trial court deadlines are pending in both state and federal courts, all of which require counsel to request this extension of time to complete this brief.

4. Preparation of the Initial Brief in this appeal requires additional consultation with the incarcerated appellant. Communicating by email and arranging legal telephone conferences is time-consuming, requiring more time than ordinarily needed with clients who are incarcerated locally.

5. Counsel is not able to complete the research and writing tasks necessary for this appeal and the other pending matters at the present time without this requested extension.

6. This motion is filed in good faith, is not filed for purposes of delay, and, if granted, will not prejudice any party.

7. Undersigned counsel consulted with opposing counsel, Assistant U.S. Attorney Jonathan Colan, who does not object to the relief sought.

For these reasons, Appellant asks this Court to grant the requested extension for the Initial Brief until January 16, 2026, and for the Appendix until January 23, 2026.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. This document

is printed in Century Schoolbook 14-point font and contains 524 words, as counted by MS Word.

## CERTIFICATE OF SERVICE

I certify on December 1, 2025, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: <u>*S/ Benedict P. Kuehne*</u>
**BENEDICT P. KUEHNE**