# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13063

_____

UNITED STATES OF AMERICA,

                                                                *Plaintiff-Appellee,*

versus

ANDREW ALTURO FAHIE,
   a.k.a. Head Coach,
   a.k.a. Coach,

                                                         *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20191-KMW-1

_____

| 2 | Order of the Court | 24-13063 |

ORDER:

The motion for an extension of time to and including January 16, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

/s/ Jill Pryor
UNITED STATES CIRCUIT JUDGE