UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-13063-JJ
_____

UNITED STATES OF AMERICA,
APPELLEE,

v.

ANDREW A. FAHIE,
APPELLANT.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
HON. KATHLEEN M. WILLIAMS, U.S. DISTRICT JUDGE
_____

APPELLANT'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME
FOR INITIAL BRIEF AND APPENDIX
_____

> BENEDICT P. KUEHNE
> KUEHNE DAVIS LAW, P.A.
> 100 S.E. 2 ST., SUITE 3650
> MIAMI, FL 33131-2154
> TEL: 305.789.5989
> FAX: 305.789.5987
> EFILING@KUEHNELAW.COM
> COUNSEL FOR APPELLANT

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, appellant certifies the following persons and entities may have an interest in this case.

Becerra, Jacqueline, (former) U.S. Magistrate Judge

Butland, Shane

Charest-Turken, Gabrielle R.

Colan, Jonathan D.

Damian, Melissa, U.S. Magistrate Judge

Delgado, Joyce A.

Della Fera, Richard F.

Dopico, Hector A.

Fahie, Andrew A.

Federal Public Defender's Office

Galvez, Stephanie

Genovese Joblove & Battista, P.A.

Gerarde, Kevin

Gonzalez, Juan A.

Goodman, Jonathan, U.S. Magistrate Judge (Retired)

Houlihan III, Raymond D'Arsey

Kirkpatrick, Lynn

Kuehne, Benedict P.

Kuehne Davis Law, P.A.

Lapointe, Markenzy

Louis, Lauren F., U.S. Magistrate Judge

Matzkin, Daniel

Maynard, Kadeem S.

Maynard, Oleanvine P.

McAliley, Chris M., U.S. Magistrate Judge (Retired)

McLaughlin, Sean T.

Otazo-Reyes, Alicia M., U.S. Magistrate Judge (Retired)

Peralta, Lucrecia

Richard F. Della Fera, P.A.

Rodriguez, Jose R.

Shadley, Frederic

Van Vliet, Theresa M. B.

Venable LLP

Williams, Kathleen M., U.S. District Judge

To appellee's knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

# UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME FOR FOURTEEN (14) DAYS TO FILE INITIAL BRIEF AND APPENDIX

Appellant Andrew A. Fahie requests a 14-day extension of time for filing the Initial Brief until January 30, 2026, and the Appendix until February 6, 2026. This motion is unopposed.

1. The Initial Brief deadline is currently due January 16, 2026, the result of an unopposed 30-day extension of time by motion.

2. A fourteen (14) day extension is requested until January 30, 2026, for the Initial Brief and February 6, 2026, for the Appendix. This requested extension is due to an unexpected personal event occurring recently that required counsel to divert attention to family matters. Counsel's relatively healthy and independent 98-year-old widowed mother-in-law suffered a fall and broke her hip during the holiday period, resulting in her hospitalization for hip replacement surgery and ongoing recovery. The surgery was successful and she is slowly recovering and undergoing physical therapy. As a result of this unplanned medical activity, undersigned counsel and his spouse have devoted the greater part of the holiday season to assisting as her primary caretakers, along with her aides and other family members, thus limiting counsel's

availability. This important but unplanned family matter caused a backlog of pending matters that necessitates this requested extension.

3. Counsel has been pressed with several significant recent and scheduled filings, including certiorari submissions in the U.S. Supreme Court in *Carollo v. Fuller*, Case No. 25-771, *Louis v. United States*, Case No. 25-6436, and *Rudolph v. United States*, Case No. 25-6469., and an initial brief in *Mars Capital Group v. Urban Homes 7, LLC*, Case No. 3D2025-1080. Other significant appellate and trial court deadlines are pending in both state and federal courts, all of which require counsel to request this extension of time to complete this brief.

4. Preparation of the Initial Brief in this appeal requires additional consultation with the incarcerated appellant.

5. Counsel is not able to complete the research and writing tasks necessary for this appeal and the other pending matters at the present time without this requested extension.

6. This motion is filed in good faith, is not filed for purposes of delay, and, if granted, will not prejudice any party.

7. Undersigned counsel consulted with opposing counsel, Assistant U.S. Attorney Jonathan Colan, who does not object to the relief

sought.

For these reasons, Appellant asks this Court to grant the requested extension for the Initial Brief until January 30, 2026, and for the Appendix until February 6, 2026.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. This document is printed in Century Schoolbook 14-point font and contains 417 words, as counted by MS Word.

## CERTIFICATE OF SERVICE

I certify on January 5, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By:  *S/ Benedict P. Kuehne*
     **BENEDICT P. KUEHNE**