# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

## CASE NO. 24-13063-JJ
_____

### UNITED STATES OF AMERICA,
### APPELLEE,

### v.

### ANDREW A. FAHIE,
### APPELLANT.
_____

## ON APPEAL FROM THE UNITED STATES DISTRICT
## COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
## HON. KATHLEEN M. WILLIAMS, U.S. DISTRICT JUDGE
_____

## APPELLANT'S UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME
## FOR INITIAL BRIEF AND APPENDIX FOR THREE DAYS
_____

BENEDICT P. KUEHNE
KUEHNE DAVIS LAW, P.A.
100 S.E. 2 ST., SUITE 3650
MIAMI, FL 33131-2154
TEL: 305.789.5989
FAX: 305.789.5987
EFILING@KUEHNELAW.COM
COUNSEL FOR APPELLANT

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, appellant certifies the following persons and entities may have an interest in this case.

Becerra, Jacqueline, (former) U.S. Magistrate Judge

Butland, Shane

Charest-Turken, Gabrielle R.

Colan, Jonathan D.

Damian, Melissa, U.S. Magistrate Judge

Delgado, Joyce A.

Della Fera, Richard F.

Dopico, Hector A.

Fahie, Andrew A.

Federal Public Defender's Office

Galvez, Stephanie

Genovese Joblove & Battista, P.A.

Gerarde, Kevin

Gonzalez, Juan A.

Goodman, Jonathan, U.S. Magistrate Judge (Retired)

Houlihan III, Raymond D'Arsey

Kirkpatrick, Lynn

Kuehne, Benedict P.

Kuehne Davis Law, P.A.

Lapointe, Markenzy

Laux, Zakarij N.

Louis, Lauren F., U.S. Magistrate Judge

Matzkin, Daniel

Maynard, Kadeem S.

Maynard, Oleanvine P.

McAliley, Chris M., U.S. Magistrate Judge (Retired)

McLaughlin, Sean T.

Otazo-Reyes, Alicia M., U.S. Magistrate Judge (Retired)

Peralta, Lucrecia

Richard F. Della Fera, P.A.

Rodriguez, Jose R.

Shadley, Frederic

Van Vliet, Theresa M. B.

Venable LLP

Williams, Kathleen M., U.S. District Judge

To appellee's knowledge, no publicly traded company or corporation has

an interest in the outcome of this case or appeal.

**UNOPPOSED THIRD MOTION FOR EXTENSION OF TIME FOR THREE (3) DAYS TO FILE INITIAL BRIEF AND APPENDIX**

Appellant Andrew A. Fahie requests a 3-day extension of time for filing the Initial Brief until February 2, 2026, and the Appendix until February 9, 2026. This motion is unopposed.

1.     The Initial Brief deadline is currently January 30, 2026, the result of a second unopposed 14-day extension of time by motion.

2.     A three (3) day extension is requested until February 2, 2026, for the Initial Brief and February 9, 2026, for the Appendix. This requested extension will enable counsel to complete the editing process for presentation of a final brief over the weekend. To complete the briefing, counsel requires review of a number of sealed documents on the district court docket to confirm aspects of the case for accuracy. Those documents are in the Clerk's sealed documents room. District Judge Williams authorized counsel's access to the sealed records yesterday, January 27, 2026, and counsel anticipates being able to review the sealed records tomorrow, January 29, 2026. Once counsel completes a review of these sealed filings, counsel will be in a position to complete the briefing.

3.     Counsel intends to complete the final revisions and edits of

1

the brief during the weekend, for filing on Monday, February 2, 2026, if this extension is approved by the Court. This additional time is essential for counsel to complete a comprehensive review of all materials needed for the appellate issues. Counsel is unable to present an effective brief without this requested extension following a review of the sealed docket materials.

4.      Pursuant to Eleventh Circuit Rule 31-2, the reasons presented by counsel serve as good cause that was not expected during the briefing of this appeal until the final editing process led counsel to conclude that a careful review of the sealed materials were needed to fashion an accurate and effective appellate presentation. Counsel moved with alacrity once this additional task was identified as needed.

5.      This motion is filed in good faith, is not filed for purposes of delay, and, if granted, will not prejudice any party.

6.      Undersigned counsel consulted with opposing counsel, Assistant U.S. Attorney Zakarij N. Laux, who does not object to the relief sought.

For these reasons, Appellant asks this Court to grant the requested 3-day extension for the Initial Brief until February 2, 2026, and for the Appendix until February 9, 2026.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. This document is printed in Century Schoolbook 14-point font and contains 403 words, as counted by MS Word.

## CERTIFICATE OF SERVICE

I certify on January 28, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By:    *S/ Benedict P. Kuehne*
       **BENEDICT P. KUEHNE**