UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

CASE NO. 24-13063-JJ
_____

UNITED STATES OF AMERICA,
APPELLEE,

v.

ANDREW A. FAHIE,
APPELLANT.
_____

ON APPEAL FROM THE UNITED STATES DISTRICT
COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.
HON. KATHLEEN M. WILLIAMS, U.S. DISTRICT JUDGE
_____

APPELLANT'S UNOPPOSED FINAL MOTION FOR EXTENSION OF TIME FOR
INITIAL BRIEF AND APPENDIX
_____

BENEDICT P. KUEHNE
KUEHNE DAVIS LAW, P.A.
100 S.E. 2 ST., SUITE 3650
MIAMI, FL 33131-2154
TEL: 305.789.5989
FAX: 305.789.5987
EFILING@KUEHNELAW.COM
COUNSEL FOR APPELLANT

# CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, appellant certifies the following persons and entities may have an interest in this case.

Becerra, Jacqueline, (former) U.S. Magistrate Judge

Butland, Shane

Charest-Turken, Gabrielle R.

Colan, Jonathan D.

Damian, Melissa, U.S. Magistrate Judge

Delgado, Joyce A.

Della Fera, Richard F.

Dopico, Hector A.

Fahie, Andrew A.

Federal Public Defender's Office

Galvez, Stephanie

Genovese Joblove & Battista, P.A.

Gerarde, Kevin

Gonzalez, Juan A.

Goodman, Jonathan, U.S. Magistrate Judge (Retired)

Houlihan III, Raymond D'Arsey

Kirkpatrick, Lynn

Kuehne, Benedict P.

Kuehne Davis Law, P.A.

Lapointe, Markenzy

Laux, Zakarij N.

Louis, Lauren F., U.S. Magistrate Judge

Matzkin, Daniel

Maynard, Kadeem S.

Maynard, Oleanvine P.

McAliley, Chris M., U.S. Magistrate Judge (Retired)

McLaughlin, Sean T.

Otazo-Reyes, Alicia M., U.S. Magistrate Judge (Retired)

Peralta, Lucrecia

Richard F. Della Fera, P.A.

Rodriguez, Jose R.

Shadley, Frederic

Van Vliet, Theresa M. B.

Venable LLP

Williams, Kathleen M., U.S. District Judge

　　To appellant's knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

# UNOPPOSED FINAL MOTION FOR EXTENSION OF TIME FOR ONE (1) ADDITIONAL DAY TO FILE INITIAL BRIEF AND APPENDIX

Appellant Andrew A. Fahie requests a further 1-day extension of time for filing the Initial Brief until February 3, 2026, and the Appendix until February 10, 2026. This motion is unopposed.

1. The Initial Brief deadline is currently due February 2, 2026 (today), the result of an unopposed third extension of time by motion seeking an additional three (3) days for filing the Initial Brief.

2. As set out in the Unopposed Third Motion for Extension of Time for Three (3) Days to File Initial Brief and Appendix filed on January 28, 2026, and granted on January 30, 2026, undersigned appointed counsel requested an additional three days in order to completely review and incorporate a significant number of sealed documents as needed into the Initial Brief. Counsel received access to the sealed materials on January 28, 2026. When requesting that additional time, counsel underestimated the time needed to finalize the Initial Brief for filing, anticipating the weekend of January 31 and February 1, 2026 would be adequate for that purpose. Unfortunately, counsel's colleague assisting with the record review and analysis was unable to assist over

1

those days due to recovering from an influenza virus. Without that assistance, counsel was unable to complete the revision process over the weekend and continues to finalize the Initial Brief today for filing tomorrow, February 3, 2026.

3. Pursuant to Eleventh Circuit Rule 31-2, the reasons presented by counsel serve as good cause that was unexpected during the briefing of this appeal until this weekend. Counsel promptly sought the position of government counsel in order to submit this motion promptly.

4. This motion is filed in good faith, is not filed for purposes of delay, and, if granted, will not prejudice any party.

5. Undersigned counsel consulted with opposing counsel, Assistant U.S. Attorney Zakarij N. Laux, who does not object to the relief sought.

For these reasons, Appellant asks this Court to grant the requested 1-day extension for the Initial Brief until February 3, 2026, and for the Appendix until February 10, 2026.

### CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. This document

2

is printed in Century Schoolbook 14-point font and contains 356 words, as counted by MS Word.

## CERTIFICATE OF SERVICE

I certify on February 2, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: <u>*S/ Benedict P. Kuehne*</u>
**BENEDICT P. KUEHNE**