# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13063
_____

UNITED STATES OF AMERICA,

                 *Plaintiff-Appellee,*

versus

ANDREW ALTURO FAHIE,
 a.k.a. Head Coach,
 a.k.a. Coach,

                 *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20191-KMW-1
_____

ORDER:

  The motion for an extension of time to and including February 3, 2026 to file Appellant's initial brief is GRANTED, with the appendix due 7 days after the filing of the brief.

          /s/ Jill Pryor_____
          UNITED STATES CIRCUIT JUDGE

2  Order of the Court  24-13063