# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13063

_____

UNITED STATES OF AMERICA,

                                                             *Plaintiff-Appellee,*

versus

ANDREW ALTURO FAHIE,
   a.k.a. Head Coach,
   a.k.a. Coach,

                                                           *Defendant-Appellant.*

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20191-KMW-1

_____

ORDER:

      The motion for an extension of time to and including July 6, 2026, to file Appellee's response brief is GRANTED, with the appendix, if any, due 7 days after the filing of the brief.

                                           /s/ Nancy G. Abudu
                                         UNITED STATES CIRCUIT JUDGE