**UNITED STATES COURT OF APPEALS**
**FOR THE ELEVENTH CIRCUIT**

**CASE NO. 24-13063-JJ**

---

**UNITED STATES OF AMERICA,**
**APPELLEE,**

**V.**

**ANDREW A. FAHIE,**
**APPELLANT.**

---

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA.**
**HON. KATHLEEN M. WILLIAMS, U.S. DISTRICT JUDGE**

---

# APPELLANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR REPLY BRIEF

---

**BENEDICT P. KUEHNE**
**KUEHNE DAVIS LAW, P.A.**
**100 S.E. 2 ST., SUITE 3650**
**MIAMI, FL 33131-2154**
**TEL: 305.789.5989**
**FAX: 305.789.5987**
**EFILING@KUEHNELAW.COM**
**COUNSEL FOR APPELLANT**

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure and Eleventh Circuit Rule 26.1-1, appellant certifies the following persons and entities may have an interest in this case. **Newly added names are in bold**.

Becerra, Jacqueline, (former) U.S. Magistrate Judge

Butland, Shane

Charest-Turken, Gabrielle R.

Colan, Jonathan D.

Damian, Melissa, U.S. Magistrate Judge

Delgado, Joyce A.

Della Fera, Richard F.

Dopico, Hector A.

**Doty III, George E.**

Fahie, Andrew A.

Federal Public Defender's Office

Galvez, Stephanie

Genovese Joblove & Battista, P.A.

Gerarde, Kevin

Gonzalez, Juan A.

Goodman, Jonathan, U.S. Magistrate Judge (Retired)

Houlihan III, Raymond D'Arsey

Kirkpatrick, Lynn

Kuehne, Benedict P.

Kuehne Davis Law, P.A.

Lapointe, Markenzy

Laux, Zakarij N.

Louis, Lauren F., U.S. Magistrate Judge

**Mariani, Nicole D.**

Matzkin, Daniel

Maynard, Kadeem S.

Maynard, Oleanvine P.

McAliley, Chris M., U.S. Magistrate Judge (Retired)

McLaughlin, Sean T.

Otazo-Reyes, Alicia M., U.S. Magistrate Judge (Retired)

Peralta, Lucrecia

**Pino, Tatiana G.**

Richard F. Della Fera, P.A.

**Reding Quinones, Jason A.**

Rodriguez, Jose R.

Shadley, Frederic

Van Vliet, Theresa M. B.

Venable LLP

Williams, Kathleen M., U.S. District Judge

To appellant's knowledge, no publicly traded company or corporation has an interest in the outcome of this case or appeal.

# UNOPPOSED MOTION FOR 30-DAY EXTENSION OF TIME TO FILE REPLY BRIEF

Appellant Andrew A. Fahie requests a 30-day extension of time for filing the Reply Brief until September 8, 2026. This motion is unopposed.

1. The Reply Brief deadline is currently due August 6, 2026, the result of an unopposed 30-day Clerk's extension.

2. Due to the combination of a backlogged briefing schedule and family travel, undersigned appointed counsel requests a thirty-day extension of time to complete the Reply Brief. The appeal presents three significant legal issues arising out of a complex appellate record. Preparing the Reply Brief to the Appellee's 42-page Answer Brief is especially time consuming. Counsel is currently preparing several other appellate briefs and preparing for scheduled state and federal trials, in addition to preparing for out-of-town family travel in August. These matters all require counsel to request the extension of time in the interest of filing a comprehensive and effective Reply Brief.

3. Pursuant to Eleventh Circuit Rule 31-2, the reasons presented by counsel serve as good cause that was unexpected during the briefing of this appeal. Counsel is currently preparing an Initial Brief to

the Florida Sixth District Court of Appeal in *Espinoza-Rodriguez v. State*, 6D2025-3078, an Initial Brief to this Court in *Dormeus v. Miami-Dade County*, 11th Cir. Case No. 26-11020-G, and a Reply Brief to the Florida Sixth District Court of Appeal in *Beresford v. State*, 6D2025-1310. Counsel is also involved in preparing objections to a Report and Recommendation in *Curtis v. Carnival*, U.S.D.C. Case No. 1:23-Cv-23408-Becerra (S.D. Fla.), arising from a five-day evidentiary hearing. Additionally, counsel is engaged in trial preparation for cases scheduled for trial in September and October that require extensive time and effort.

4. This motion is filed in good faith, is not filed for purposes of delay, and, if granted, will not prejudice any party.

5. Undersigned counsel consulted with opposing counsel, Assistant U.S. Attorney Nicole D. Mariani, who does not object to the relief sought.

For these reasons, Appellant asks this Court to grant the requested 30-day extension for the Reply Brief until September 8, 2026.

## CERTIFICATE OF COMPLIANCE

This document complies with the type-volume limitation in Rule 32(a)(7)(B) of the Federal Rules of Appellate Procedure. This document

is printed in Century Schoolbook 14-point font and contains 349 words, as counted by MS Word.

## CERTIFICATE OF SERVICE

I certify on July 29, 2026, I electronically filed this document with the Clerk of the Court using CM/ECF. I also certify this document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

By: *S/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**