In the

# United States Court of Appeals

For the Eleventh Circuit

---

No. 24-13063

---

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

*versus*

ANDREW ALTURO FAHIE,
a.k.a. Head Coach,
a.k.a. Coach,

*Defendant-Appellant.*

---

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:22-cr-20191-KMW-1

---

ORDER:

The motion for an extension of time to and including September 8, 2026 to file Appellant's reply brief is GRANTED.

/s/ Robin S. Rosenbaum
UNITED STATES CIRCUIT JUDGE